UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,        :
                Plaintiff,    :

     v.                          :

Paula G. Koenig,                 :   COURT NO: 3:01CV00634 (GLG)

                Defendant,    :

           and                 :
Hartford Public Schools
Attention: Payroll Dept.         :
960 Main St.
Hartford, CT 06103,              :

               Garnishee.    :

**EX PARTE APPLICATION FOR**
**WRIT OF GARNISHMENT ON EARNINGS**

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $8,626.36 and post-judgment interest at the rate of 2.23%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has failed to make any payment pursuant to said demand. The total balance due as of October 30, 2003 is $8,914.15.

The judgment debtor, Paula G. Koenig's, last known address is 473 Wall Street, Hebron, Connecticut 06248-1330 and the debtor's social security number is 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.

Motion GRANTED.
Gerard L. Goettel, USDJ
11-15-03